# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CIV-15-0017-HE |
| | ) | |
| GRADY COUNTY LAW | ) | |
| ENFORCEMENT CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Michael C.  Miller, a state prisoner, brought this action pursuant to 42 U.S.C. § 1983, challenging the conditions of his incarceration at the Grady County Law Enforcement Center.  Consistent with 28 U.S.C. § 636(b)(1)(B), this matter was referred for initial proceedings to Magistrate Judge Gary M.  Purcell, who recommends this case be dismissed for failure to comply with a court order.  Having failed to object to the Report and Recommendation, the parties have waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C).  Accordingly, the court adopts the Report and Recommendation [Doc. # 7] and **DISMISSES** the case without prejudice.

**IT IS SO ORDERED**.

Dated this 9th day of March, 2015.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE